RICHARD B. TEITELMAN, Judge,
dissenting.
I respectfully dissent. I would hold that the reasoning in Ford v. Wainwright, 477 U.S. 399, 106 S.Ct. 2595, 91 L.Ed.2d 335 (1986), Atkins v. Virginia, 536 U.S. 304, 122 S.Ct. 2242, 153 L.Ed.2d 335 (2002) and Roper v. Simmons, 543 U.S. 551, 125 S.Ct. 1183, 161 L.Ed.2d 1 (2005) applies to individuals who, like Mr. Strong, were severely mentally ill at the time the offense was committed. Therefore, I would grant ha-beas relief and appoint a special master to more fully address Mr. Strong’s claims.